UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH ROCHA,
    Plaintiff,

v.                              C.A. No. 09-586 S

PETER PAN BUS LINES, INC.,
    Defendant.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 6, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Plaintiff's Motion to Proceed Without Prepayment of Fees is hereby DENIED, and the Plaintiff is directed to pay the filing fee of $350.00 on or before February 28, 2010. Failure to comply with this order will result in dismissal of the complaint.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 1/21/10